IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IT'S ALL WIRELESS, INC. t/a PRO MOBILE GEAR, Plaintiff, | : : : : | CIVIL ACTION |
| v. | : : | NO. 10-6704 |
| WOOT, INC. *et al.*, Defendants. | : : : | |

### ORDER

**AND NOW**, this 6th day of September 2012, upon consideration of the pending motions and the responses and replies thereto, it is hereby **ORDERED** that:

1. The Motion of Defendant Shalina Daswani to Dismiss First Amended Complaint for Insufficient Service of Process and Lack of Personal Jurisdiction [Doc. No. 61] is **DENIED WITHOUT PREJUDICE.** The parties may conduct jurisdictional discovery for a period of 45 days, after which Defendant may renew the motion, if appropriate.

2. The Motion of Defendants Shai International, Inc., Mike Mohnani a/k/a Manoj Mohnani, Gemma Mohnani and Sundri Mohnani to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(2), (6), 9(b) [Doc. No. 62] is **GRANTED**. The Complaint is **DISMISSED** for lack of personal jurisdiction as to Defendants Shai International, Inc., Mike Mohnani a/k/a Manoj Mohnani, Gemma Mohnani and Sundri Mohnani.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**